**IT IS ORDERED as set forth below:**

**Date: July 19, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOSE ANIBAL TEIXEIRA | ) | CASE NO. 18-71307-JWC |
|         DEBTOR. | ) | |
| ------------------------------------- | | |
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT MTGLQ | ) | |
| INVESTORS, L.P. | ) | |
|         MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| JOSE ANIBAL TEIXEIRA | ) | |
| MARIA CARMEN GONCALVES | ) | |
| RODRIGUEZ, CO-DEBTOR | ) | |
| NANCY J. WHALEY, TRUSTEE | ) | |
|         RESPONDENTS. | ) | |
| _____ | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed May 20, 2019 by Specialized Loan Servicing LLC as servicing agent MTGLQ Investors, L.P. ("Movant"), who contends it is the holder of a Security Deed encumbering Debtors' property known as 5077 NW 7th St, #1218, Miami, Florida 33126 ("Property") (Doc. No. 24) ("Motion"). The Motion came

before this Court for hearing June 18, 2019, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. At the call of the calendar no opposition to the Motion was voiced; accordingly, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 and the Co-debtor stay imposed by 11 U.S.C. § 1301 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the Collateral, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds that would otherwise be payable to the Debtor while the Debtor remains in Bankruptcy. It is further

**ORDERED** that Rule 4001(a)(3) is waived and Movant may immediately proceed with foreclosure. It is further

**ORDERED**, that upon entry of this Order, Trustee shall cease funding Movant's claim in the instant bankruptcy case until further notice from this Court.

**[END OF DOCUMENT]**

Order prepared by:

/s/ Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

No opposition:

/s/ Julie M. Anania *By Chad R. Simon with express permission*
Julie M. Anania
Georgia Bar No. 477064
Staff Attorney for Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
(678) 992-1201

## DISTRIBUTION LIST

Jose Anibal Teixeira
430 Spring View Dr
Woodstock, GA 30188-7115

Maria Carmen Goncalves Rodriguez, *Co-Debtor*
5077 NW 7th St, #1218
Miami, Florida 33126

Brian R. Cahn
Brian R. Cahn and Associates, LLC
P. O. Box 3696
Cartersville, GA 30120

The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366

Trustee
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303