UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| JOSE ANIBAL TEIXEIRA | \| | CHAPTER 13 |
| | \| | |
| | \| | CASE NO.: 18-71307 JWC |
| | \| | |
| Debtor(s) | \| | JUDGE: CAVENDER |

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that the Debtor filed and served on you a proposed modification to the confirmed plan in this case. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION: May 29, 2020**

PLACE OF FILING:     Clerk, U.S. Bankruptcy Court
Richard Russell Federal Building
Room 1340
75 Ted Turner Drive, SW
Atlanta, Georgia, 30303

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: Jose Anibel Teixeira, 430 Spring View Drive, Woodstock, GA 30188.

1

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification on **June 2, 2020 at 2:30 P.M., in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303**. Given the current public health crisis, hearings may be telephonic only. Please check the "<u>Important Information Regarding Court Operations During COVID-19 Outbreak</u>" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone. If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. § 1329(b)(2) as a part of the Confirmed Plan without further notice or hearing.

This 28th day of April, 2020.

/s/_____
Brian R. Cahn, Attorney for Debtor(s)
State Bar No.: 101965
**Brian R. Cahn & Associates, LLC**
PO Box 3696
Cartersville, GA 30120
770-382-8900

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| JOSE ANIBAL TEIXEIRA | \| | CHAPTER 13 |
| | \| | |
| | \| | CASE NO.: 18-71307 JWC |
| | \| | |
| Debtor(s) | \| | JUDGE: CAVENDER |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR ITS APPROVAL**

**COMES NOW,** JOSE ANIBAL TEIXEIRA, Debtor, and proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

**COMES NOW,** JOSE ANIBAL TEIXEIRA, Debtor, and hereby modifies the Chapter 13 Plan, which the Court Confirmed on July 31, 2019, as follows:

**Debtor requests that the monthly plan payment due to the Chapter 13 Trustee be reduced to $0.00 for the payments due for May 2020, June 2020, and July 2020.**

Debtor's household income has been substantially affected due to loss of hours at work as a result of the Covid-19 pandemic. In the event this modification causes the term of the Plan to exceed the contemplated 60-month term, Debtor nevertheless seeks approval of this modification in light of the extended terms authorized by emergency amendments to Title 11 of the United States Code, under the CARES Act.

3

Debtor further provides for $0 Monthly disbursements to all creditors during the suspension of plan payments for the above-referenced months should there be insufficient funds on hand to effectuate said disbursement. However, in the event that there are funds on hand during the aforementioned months, the Trustee is authorized to disburse said funds accordingly.

Debtor shall remit monthly payments in the amount of $1,485.00 beginning in August 2020. Debtor shall remit funds to the Trustee directly.

This 28th day of April, 2020.

/s/_____
Brian R. Cahn, Attorney for Debtor(s)
State Bar No.: 101965
**Brian R. Cahn & Associates, LLC**
PO Box 3696
Cartersville, GA 30120
770-382-8900

4

## AFFIDAVIT

I/We, Debtor(s) in the foregoing petition declare under penalty of perjury under the laws of the United States that the following is true and correct.

/s/_____
    JOSE ANIBAL TEIXEIRA

5

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing Post Confirmation Plan Modification and Notice on the following by U.S. Mail, in a properly stamped and addressed envelope.

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

United States Trustee
Suite 362, Russell Federal Building
75 Ted turner Drive, SW
Atlanta, GA 30303

Arvest Central Mortgage Company
A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Specialized Loan Servicing, LLC
Chad Ralston Simon
The Chad R. Simon Law Firm, LLC
P.O. Box 80727
Atlanta, GA 30366

Internal Revenue Service
Suite 400, Stop 334-D
Atlanta, GA 30308

Office of Chief Counsel
Attention: Margaret Ward, Paralegal Specialist
Room 1400, Stop 1400
401 West Peachtree Street, NE
Atlanta, GA 30308

Jose Anibel Teixeira
430 Spring View Drive
Woodstock, GA  30188

Toyota Motor Credit Corp.
5005 N River Bend, NE
Cedar Rapids, IA  52411

Toyota Motor Credit Corp.
c/o Jason Cottrill
Bonial & Associates, P.C.
P.O. Box 9013
Addison, TX  75001

MTGLQ Investors, L.P.
Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7317

United States Attorney
ATTN: Civil Process Clerk
600 U.S. Courthouse
75 Ted Turner Dr, S.W.
Atlanta, GA 30303-3309

6

Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
C/O Civil Trial Section, Southern Region
PO Box 14198
Ben Franklin Station
Washington, DC 20044

Georgia Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499

**All Creditors on the attached mailing matrix.**

This 28th day of April, 2020.

 /s/
Brian R. Cahn, Attorney for Debtor(s)
State Bar No.: 101965
**Brian R. Cahn & Associates, LLC**
PO Box 3696
Cartersville, GA 30120
770-382-8900

7